CHARLES HARPER V. THE STATE.

No. 3780. Decided November 17, 1915.

Abusive Language—Statement of Facts—Bills of Exception.

Where the statement of facts and bills of exception were filed too late, and the record did not show the cause of the delay, they can not be considered.

. Appeal from the County Court of Knox. Tried below before the Hon. E. R. Howell.

Appeal from a conviction of using abusive language in the presence of others; penalty, a fine of $5.

The opinion states the case.

. No brief on file for appellant.

*C. C. McDonald,* Assistant Attorney General, for the State.

DAVIDSON, JUDGE.—Appellant was convicted of using abusive language, his punishment being assessed at a fine of $5.

This case was tried in the County Court; which adjourned the 5th day of June. No twenty-day order was entered up authorizing the filing of a statement of facts and bills of exception after adjournment. There is no bill of exceptions in the record, and the statement of facts was not filed until the first of July. The record contains nothing indicating why the filing of the statements of facts was delayed. As the record is presented the statement of facts can not be considered. Without this there is nothing in the record that can be revised.

The judgment is affirmed.

*Affirmed.*